JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _____    **Investigating Agency** <u>DEA</u>

**City** <u>New Bedford</u>                    **Related Case Information:**

**County** <u>Bristol</u>         Superseding Ind./ Inf. _____    Case No. _____
                                 Same Defendant _____    New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number <u>See page 2</u>
                                 R 20/R 40 from District of _____

**Defendant Information:**       Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☐ No

Defendant Name <u>Jose Santiago</u>                                    Juvenile: ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: <u>133 Highland Street, New Bedford, MA 02746</u>

Birth date (Yr only): <u>1981</u>    SSN (last 4#): <u>0449</u>    Sex: <u>Male</u>    Race <u>White</u>    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: <u>Kunal Pasricha</u>                    Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No              List language and/or dialect: _____

**Victims:**  ☐ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** <u>7/10/2025</u>

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 7/10/2025            Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose Santiago _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to commit controlled substances offenses | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search warrants: 25-8311-PGL; 25-8224-PGL; 25-8346-PGL; 25-8347-PGL; 25-8358-PGL;
25-8359-PGL; 25-8360-PGL; 25-8361-PGL; 25-8362-PGL; 25-8363-PGL; 25-8364-PGL;
25-8365-PGL; 25-8366-PGL; 25-8367-PGL

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013